# MICHAEL H. SOROKA, ESQ.
SUITE 341
300 OLD COUNTRY ROAD
MINEOLA, NEW YORK 11501
(516) 742-2002
FACSIMILE: (516) 742-0953

January 29, 2016

<u>VIA ECF</u>

Hon. Arthur D. Spatt
United States District Court
100 Federal Plaza
Central Islip, New York 11722

      **Re: United States v. Manjeet Bawa**
           **#14 CR 221 (ADS)**

Dear Judge Spatt:

    I write on behalf of Mr. Bawa to join in the request of the United States that today's scheduled appearance be adjourned to April 8, 2016 to enable the PSR to be prepared and the parties to file appropriate submissions. In addition, I have a sentencing before Judge Glasser today, in Brooklyn, and will be unable to appear.

    Should the Court require any additional information, please contact me.

                        Very truly yours,

                        Michael H. Soroka

**SO ORDERED:**

_____
Hon. ARTHUR D. SPATT, U.S.D.J.

cc: AUSA Artie McConnell (via email)